**DISMISS; and Opinion Filed March 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01243-CV

**MARTIN S. WOZNIAK AND MARTIN S. WOZNIAK PC, Appellants**
**V.**
**SHARON V. BURKE-DUCKOR AS TRUSTEE OF THE BURKE LIVING TRUST,**
**Appellee**

**On Appeal from the County Court at Law No 3**
**Tarrant County, Texas**
**Trial Court Cause No. 2016-003614-3**

## MEMORANDUM OPINION
Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Pedersen, III

Although originally filed in the Second Court of Appeals, this appeal was transferred to this Court on October 19, 2018 by the Texas Supreme Court pursuant to its docket equalization order. TEX. GOV'T CODE ANN. § 73.001 (2013).

The filing fee and clerk's record in this case are past due. By postcard dated October 22, 2018, we notified appellants that the $205 filing fee was due. We directed appellants to remit the filing fee within ten days, expressly cautioning them that the failure to do so would result in dismissal of this appeal. On November 14, 2018, we notified the Tarrant County Clerk that the clerk's record was past due and instructed the clerk to file the record within thirty days. On December 17, 2018, we received a letter dated November 6, 2018 from the Tarrant County Clerk, informing the Court that the record had not been filed because appellants had not paid or made

arrangements to pay for the record despite having been billed for the same. That same day, we directed appellants to provide verification of payment or arrangements to pay for the clerk's record or, if applicable, to provide written documentation they had been found entitled to proceed without payment of costs. We cautioned appellants that if the Court did not receive the required documentation within ten days, the Court would dismiss the appeal for want of prosecution without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

181243F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARTIN S. WOZNIAK AND MARTIN S. WOZNIAK PC, Appellants

No. 05-18-01243-CV     V.

SHARON V. BURKE-DUCKOR AS TRUSTEE OF THE BURKE LIVING TRUST, Appellee

On Appeal from the County Court at Law No 3, Tarrant County, Texas
Trial Court Cause No. 2016-003614-3.
Opinion delivered by Justice Pedersen, III, Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHARON V. BURKE-DUCKOR AS TRUSTEE OF THE BURKE LIVING TRUST recover its costs of this appeal from appellants MARTIN S. WOZNIAK AND MARTIN S. WOZNIAK PC.

Judgment entered this 8th day of March, 2018.